UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

05 APR 22 PM 4: 28

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN. MEMPHIS

| | |
|---|---|
| PAUL PRICE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Civil Action No.: 1:03-1228- B/P |
| | ) |
| CORRECTIONS CORPORATION | ) |
| OF AMERICA, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER

Before the Court is a Joint Motion to Extend Motion to Compel Deadline. The parties are in agreement that due to the scheduled Mediation in this matter, additional time would be useful to attempt to resolve certain issues that have arisen as to Defendants' written discovery, and, therefore, the Court finds that the Motion is well taken. Therefore, it is ORDERED that the deadline to file a Motion to Compel is extended up to and including June 10, 2005.

IT IS SO ORDERED.

JUDGE

DATED: 4/22/05

This document entered on the docket sheet in compliance with Rule 58 and/or 79 (a) FRCP on 04-28-05

ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT.
W.D. OF TN.-JACKSON

05 APR 26 PM 6:24

RECEIVED

**APPROVED FOR ENTRY:**

*/s/ Brandon O. Gibson*
JAMES I. PENTECOST
BRANDON O. GIBSON
PENTECOST, GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, Tennessee 38305

*/s/ Wayne Ritchie w/perm. Brandon O.*
WAYNE A. RITCHIE, II
ROBERT W. RITCHIE
RITCHIE, FELS & DILLARD
P.O. Box 1126
Knoxville, Tennessee 37901-1126

ROBERT J. WALKER
MARK TIPPS
JOSEPH WELBORN
WALKER, BRYANT, TIPPS & MALONE
2300 One Nashville Place
150 Fourth Avenue North
Nashville, TN 37219-2424

COUNSEL FOR DEFENDANTS

W. GASTON FAIREY
W. GASTON FAIREY, LLC
1722 Main Street, Suite 300
Columbia, South Carolina 29201

COUNSEL FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served by U.S. mail upon **Wayne A. Ritchie, II** and **Robert W. Ritchie**, Ritchie Fels & Dillard, P.C., P.O. Box 1126, Knoxville, TN 37901-1126 and **W. Gaston Fairey, LLC,** 1722 Main Street, Suite 300, Columbia, SC 29201 on April 14, 2005.

PENTECOST, GLENN & RUDD, PLLC

By: */s/ Brandon O. Gibson*

James I. Pentecost (#011640)
Brandon O. Gibson (#21485)
Attorneys for Defendants

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 30 in case 1:03-CV-01228 was distributed by fax, mail, or direct printing on April 28, 2005 to the parties listed.

---

W. Gaston Fairey
FAIREY PARISE & MILLS, P.A.
P.O. Box 8443
Columbia, SC 29202

Brandon O. Gibson
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

James I. Pentecost
PENTECOST GLENN & RUDD, PLLC
106 Stonebridge Blvd.
Jackson, TN 38305

Robert W. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901

Wayne A. Ritchie
RITCHIE FELS & DILLARD, P.C.
606 W. Main St.
Ste. 300
Knoxville, TN 37901--112

Joseph F. Welborn
WALKER BRYANT TIPPS & MALONE
150 Fourth Ave., N.
Ste. 2300
Nashville, TN 37219

Terry Williams
LAW OFFICES OF TERRY WILLIAMS
206 S. Third
Delavan, WI 53115

Honorable J. Breen
US DISTRICT COURT